IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHARLES AUSTIN, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 18-00489-JB-N |
| RAYBON, et al, | : | |
| Defendants. | : | |

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that this action be and is hereby DISMISSED without prejudice.

DONE this 1st day of August, 2019.

s/JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE